UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>        Petitioner,<br><br>   v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. 17-80059- JD<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges a conviction he received in the Kern County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Capital Habeas L.R. 2254-22(a). The Clerk will transfer this action as soon as practicable.

The Clerk will also amend the docket to reflect that Ron Davis, the warden of the prison in which petitioner is housed, is the sole respondent in this action. *See Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992). Petitioner incorrectly named the Superior Court of Kern County and the Honorable Michael E. Dellostritto as respondents.

**IT IS SO ORDERED.**

**Dated:** May 30, 2017

                                                                                          _____
                                                                                          JAMES J. DONATO
                                                                                         United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL C. BOLIN,

    Plaintiff,

v.

KERN COUNTY SUPERIOR COURT, et al.,

    Defendants.

Case No. 17-mc-80059-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul C. Bolin ID: ID: E-88100 (3EY12)
San Quentin State Prison
San Quentin, CA 94974

Dated: May 30, 2017

    Susan Y. Soong
    Clerk, United States District Court

    By: /s/ Lisa R. Clark
    LISA R. CLARK, Deputy Clerk to the
    Honorable JAMES DONATO